RECEIPT # 55886
AMOUNT $ 150
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 5-13-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.

**04 - 10956 REK**

MAGISTRATE JUDGE

ERNEST OGLETREE,

Plaintiff

v.

CITY OF ATTLEBORO, STURDY
MEMORIAL HOSPITAL, INC., JAMES G.
MACDONALD, DOUGLAS JOHNSON,
MICHAEL BARTUCCA, ROBERT A. STIN,
and LEWIS RHEAUME,

Defendants

NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Now come the defendants pursuant to the provisions of 28 U.S.C. §§1441 and 1446, and hereby file notice of the removal of this action from the Superior Court of the Commonwealth of Massachusetts, County of Bristol, where it is currently pending, based upon the following grounds:

1. This is an action in which the plaintiff alleges violations of his civil rights under the Fourteenth Amendments to the U.S. Constitution. The plaintiff seeks relief presumably pursuant to 42 U.S.C. §1983. See Complaint, ¶¶ 56-63; and 67-69, affixed hereto and incorporated by reference. The plaintiff also asserts state claims alleging interference with the enjoyment and exercise of his rights protected under the Massachusetts Constitution; violation of his civil rights incident to arrest and prosecution in violation of Massachusetts Constitution; false imprisonment; malicious prosecution; assault; battery; intentional and negligent infliction of

emotional distress; and vicarious liability. See Complaint, ¶¶ 64-66; and 70-96, affixed hereto and incorporated by reference.

2. This Court has jurisdiction over the plaintiffs' constitutional claims pursuant to 28 U.S.C. §1441.

3. This Removal is timely, as the defendants were served of this action on April 14, 2004.

4. All defendants have consented to the removal of the matter to the United States District Court for the District of Massachusetts.

SIGNED PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

DEFENDANT,
JAMES G. MACDONALD,
By his attorneys,

*[signature]*

Joseph L. Tehan, Jr. (BBO# 494020)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

221051/METG/0556

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 5/13/04

*[signature]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. _____

04-10956 REK

ERNEST OGLETREE,

Plaintiff

v.

CITY OF ATTLEBORO, STURDY MEMORIAL HOSPITAL, INC., JAMES G. MACDONALD, DOUGLAS JOHNSON, MICHAEL BARTUCCA, ROBERT A. STIN, and LEWIS RHEAUME,

Defendants

## CIVIL COVER SHEET ATTACHMENT

Defendants' attorneys are as listed below:

    City of Attleboro
    Charles D. Mulcahy, Esq.
    Wynn & Wynn, P.C.
    90 New State Highway
    Raynham, MA 02767

    James G. MacDonald
    Joseph L. Tehan, Jr. (BBO# 494020)
    Kopelman and Paige, P.C.
    31 St. James Avenue
    Boston, MA 02116
    (617) 556-0007

    Sturdy Memorial Hospital, Inc., Douglas Johnson,
    Michael Bartucca, Robert Astin, and Lewis Rheaume
    Daniel J. Buoniconti, Esq.
    Foster & Eldridge
    955 Massachusetts Avenue
    Cambridge, MA 02139

221074/METG/0556