UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 04-10956-REK

| | |
|---|---|
| ERNEST OGLETREE,<br>    Plaintiff | *<br>*<br>* |
| vs. | *<br>* |
| CITY OF ATTLEBORO,<br>STURDY MEMORIAL HOSPITAL,<br>INC., JAMES G. MACDONALD,<br>DOUGLAS JOHNSON, MICHAEL<br>BARTUCCA, ROBERT ASTIN,<br>and LEWIS RHEAUME,<br>    Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### DEFENDANT, CITY OF ATTLEBORO'S MOTION
### TO CONTINUE SCHEDULING CONFERENCE

### ASSENTED TO

Now comes the Defendant, City of Attleboro, and moves this Honorable Court continue the Scheduling Conference currently scheduled on Tuesday, July 20, 2004.

As grounds therefore, the Defendant, City of Attleboro, states that its counsel, Charles D. Mulcahy, is scheduled to begin trial in the Plymouth County Superior Court sitting in Brockton, Massachusetts on Monday, July 19, 2004, in the matter of Barry J. Lake v. Mary E. Stanton, Civil Action No. PLCV2001-01192A, which trial will last two to three days.

By agreement with counsel for the plaintiff and co-defendants, it is requested that the Scheduling Conference be continued to a date in September, 2004, with the exception of the following dates for Jewish Holidays, September 15, 16, 17, 24, 29, 30 and October 1, 2004.

                                                      Respectfully submitted,
Defendant, City of Attleboro
By its Attorneys,
WYNN & WYNN, P.C.


/s/ Charles D. Mulcahy
Charles D. Mulcahy BBO# 359360
90 New State Highway
Raynham, MA 02767
(508) 823-4567

**ASSENTED TO:**


/s/ Mark F. Itzkowitz                       /s/ Joseph L. Tehan, Jr.
Mark F. Itzkowitz                           Joseph L. Tehan, Jr. BBO# 494020
BBO# 248130                                  Sarah N. Turner BBO# 654195
Attorney for Plaintiff,                      Attorneys for Defendant,
Ernest Ogletree                               James G. MacDonald
85 Devonshire Street, Suite 1000      31 St. James Avenue
Boston, MA 02109-3504               Boston, MA 02116
(617) 227-1848                                (617) 556-0007


/s/ Martin C. Foster
Martin C. Foster BBO# 175860
Joan Eldridge BBO# 152720
Attorneys for Defendants,
Sturdy Memorial Hospital, Inc.,
Douglas Johnson, Michael Bartucca,
Robert Astin, and Lewis Rheaume
955 Massachusetts Avenue
Cambridge, MA 02139
(617) 492-5800



Dated: July 13, 2004

## CERTIFICATE OF SERVICE

  I, Charles D. Mulcahy, of the Law Firm Wynn & Wynn, P.C., attorney for the defendant, City of Attleboro, in this action, hereby certify that on this date, July 13, 2004, I forwarded a copy of the foregoing Defendant, City of Attleboro's Motion to Continue Scheduling Conference - Assented To, to counsel of record for the plaintiff and the co-defendants in this action, together with notice of electronic filing with the Court this date.

                /s/ Charles D. Mulcahy
                Charles D. Mulcahy BBO# 359360
                Wynn & Wynn, P.C.
                90 New State Highway
                Raynham, MA 02767
                (508) 823-4567