UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-10956REK

| | |
|---|---|
| ERNEST OGLETREE<br>Plaintiff<br><br>v.<br><br>CITY OF ATTLEBORO,<br>STURDY MEMORIAL<br>HOSPITAL, INC., JAMES G.<br>MACDONALD, DOUGLAS<br>JOHNSON, MICHAEL<br>BARTUCCA, ROBERT ASTIN,<br>AND LEWIS RHEAUME<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
[illegible] OFFICE

2004 JUL 23 P 12: 22

[illegible] DISTRICT COURT
[illegible] OF MASS

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Now comes the undersigned to give notice of a change of firm name and address. The new name, address and contact information is:

> Foster & Eldridge, LLP
> One Canal Park
> Cambridge, MA 02141
> Phone: 617-252-3366
> Fax: 617-252-3377

> Respectfully submitted
> Defendant Douglas Johnson, Defendant
> Michael Bartucca, Defendant Robert
> Astin, Defendant Lewis Rheaume and
> Defendant Sturdy Memorial Hospital, Inc.
> by counsel,
>
> [signature]
> Daniel J. Buoniconti
> B.B.O. #640139
> Foster & Eldridge, LLP
> One Canal Park
> Cambridge, MA 02141
> Telephone: (617) 252-3366

Date: July 20, 2004

CERTIFICATE OF SERVICE

I, Daniel J. Buoniconti, hereby certify that I have served a copy of the enclosed Notice of Firm Name and Address on:

>Mark Itzkowitz, Esquire
>85 Devonshire Street
>Boston, MA 02109
>
>Sarah N. Turner, Esquire
>Kopelman and Paige, P.C.
>31 St. James Avenue
>Boston, MA 02116
>
>Charles D. Mulcahy, Esquire
>Wynn & Wynn, P.C.
>90 New State Highway
>Raynham, MA 02767

by mailing a copy of same, first-class postage prepaid, to the above.

>Signed under the pains and penalties of perjury.
>
>_____
>Daniel J. Buoniconti
>B.B.O. #640139
>Foster & Eldridge, LLP
>One Canal Park
>Cambridge, MA 02141
>Telephone: (617) 252-3366

DATE: July 20, 2004

# Foster & Eldridge, LLP
*Attorneys at Law*

Martin C. Foster
Joan Eldridge*(DC)
John D. Bruce
J. Peter Kelley
Daniel J. Buoniconti*(NY;DC)
Kurt M. Schmidt, Jr.*(CT;RI)
Stephen M. Fiore*(CT;NH)
Andrew T. Neuwirth*(NY;RI)
Allison K. Blew
Tracy Morong

One Canal Park, Suite 2100
(At Thorndike and First)
Cambridge, Massachusetts 02141

Telephone: 617-252-3366
Fax: 617-252-3377
e-mail: fosteld@fosteld.com

*also admitted

July 20, 2004

Clerk for Civil Business
United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    RE:    Ernest Ogletree v. Sturdy Memorial Hospital, et al
             Civil Action No.: 04-10956REK

Dear Sir/Madam:

    Enclosed for filing please find Notice of Change of Firm Name and Address and Certificate of Service for the same. If you have any questions, please feel fee to contact me. Thank you for your attention to this matter.

                              Very truly yours,

                              Daniel J. Buoniconti

DJB/mgg
cc:    Mark Itzkowitz, Esquire
        Sarah N. Turner, Esquire
        Charles D. Mulcahy, Esquire