UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-10956REK

| | |
|---|---|
| ERNEST OGLETREE<br>Plaintiff | : |
| v. | : |
| CITY OF ATTLEBORO,<br>STURDY MEMORIAL<br>HOSPITAL, INC., JAMES G.<br>MACDONALD, DOUGLAS<br>JOHNSON, MICHAEL<br>BARTUCCA, ROBERT ASTIN,<br>AND LEWIS RHEAUME<br>Defendants | : |

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Robert Astin, certify that I have conferred with my counsel and discussed the establishment of a budget for the course of the litigation in the above captioned matter, as well as the consideration of the resolution of litigation through alternative dispute resolution.

_____
Robert Astin

Defendant Sturdy Memorial Hospital,
by counsel,

_____
Daniel J. Buoniconti
B.B.O. #640139
Foster & Eldridge
955 Massachusetts Avenue
Cambridge, MA 02139

### CERTIFICATE OF SERVICE

I, Daniel J. Buoniconti, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage prepaid on this ___ day of July, 2004.

_____
Daniel J. Buoniconti
Telephone: (617) 492-5800