UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-10956 REK

| | |
|---|---|
| ERNEST OGLETREE<br>    Plaintiff | :<br>:<br>: |
| v. | :<br>: |
| CITY OF ATTLEBORO,<br>STURDY MEMORIAL<br>HOSPITAL, INC., JAMES G.<br>MACDONALD, DOUGLAS<br>JOHNSON, MICHAEL<br>BARTUCCA, ROBERT ASTIN,<br>AND LEWIS RHEAUME<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Douglas Johnson, certify that I have conferred with my counsel and discussed the establishment of a budget for the course of the litigation in the above captioned matter, as well as the consideration of the resolution of litigation through alternative dispute resolution.

_____        Defendant Sturdy Memorial Hospital,
Douglas Johnson                              by counsel,

                                                    _____
                                                    Daniel J. Buoniconti
                                                    B.B.O. #640139
                                                    Foster & Eldridge
                                                    955 Massachusetts Avenue
                                                    Cambridge, MA 02139

### CERTIFICATE OF SERVICE

I, Daniel J. Buoniconti, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid on this 3 day of July, 2004.
August

_____
Daniel J. Buoniconti
Telephone (617) 492-5800