UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 04-10956-REK

| | |
|---|---|
| ERNEST OGLETREE, <br> Plaintiff | * <br> * <br> * |
| vs. | * <br> * |
| CITY OF ATTLEBORO, <br> STURDY MEMORIAL HOSPITAL, <br> INC., JAMES G. MACDONALD, <br> DOUGLAS JOHNSON, MICHAEL <br> BARTUCCA, ROBERT ASTIN, <br> and LEWIS RHEAUME, <br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * |

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Keith A. Legget, Claims Examiner, Guaranty Fund Management Services, insurer of the City of Attleboro, certify that I have conferred with my counsel and discussed the establishment of a budget for the course of the litigation in the above captioned matter, as well as the consideration of the resolution of litigation through alternative dispute resolution.

_____
Keith A. Legget, Claims Examiner
Guaranty Fund Management
Services

Respectfully submitted,
Defendant, City of Attleboro
By its Attorneys,

WYNN & WYNN, P.C.

_____
Charles D. Mulcahy, Esquire
BBO#359360
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767
(508) 823-4567

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____.

_____

Dated: August 5, 2004