UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10956-REK

| | |
|---|---|
| ERNEST OGLETREE,<br>    Plaintiff<br><br>v.<br><br>CITY OF ATTLEBORO,<br>STURDY MEMORIAL HOSPITAL,<br>INC., JAMES G. MACDONALD,<br>DOUGLAS JOHNSON, MICHAEL<br>BARTUCCA, ROBERT ASTIN,<br>and LEWIS RHEAUME,<br>    Defendants | **CERTIFICATION PURSUANT TO**<br>**LOCAL RULE 16.1 (D)(3)** |

Pursuant to L.R. 16.1 (D)(3), the undersigned plaintiff and counsel hereby certify that they have conferred, (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
ERNEST OGLETREE

By his Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA 02109-3504
(617) 227-1848
September 7, 2004