UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10956-REK

ERNEST OGLETREE,

    Plaintiff

v.

CITY OF ATTLEBORO, STURDY MEMORIAL HOSPITAL, INC., JAMES G. MACDONALD, DOUGLAS JOHNSON, MICHAEL BARTUCCA, ROBERT ASTIN, and LEWIS RHEAUME,

    Defendants

DEFENDANT JAMES G. MACDONALD'S L.R. 16.1(D)(3) CERTIFICATE

9/9/04
Caffrey

Now come defendant James G. MacDonald and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANT JAMES G. MACDONALD,

_____
James G. MacDonald

_____
Joseph L. Tehan, Jr.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

223841/METG/0556

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9/9/04