UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-10956REK

ERNEST OGLETREE
    Plaintiff

v.

CITY OF ATTLEBORO,
STURDY MEMORIAL
HOSPITAL, INC., JAMES G.
MACDONALD, DOUGLAS
JOHNSON, MICHAEL
BARTUCCA, ROBERT ASTIN,
AND LEWIS RHEAUME
    Defendants

## MOTION FOR ORDER TO INSPECT MEDICAL RECORDS

The Defendant, Sturdy Memorial Hospital, respectfully moves this Honorable Court for an order for the furnishing for inspection and copying of all medical, psychiatric, psychological and social service records of Plaintiff, Ernest Ogletree, Date of Birth 11/30/61, kept by the Keeper of the Records, Spaulding Rehabilitation Hospital, 125 Nashua Street, Boston, MA 02114, such records being kept subject to the provisions of Chapter 11, General Laws, and being admissible under the provisions of General Laws, Chapter 233, § 79G.

                                                The Defendant
                                                Sturdy Memorial Hospital
                                                By his attorney,

                                                */s/ Allison K. Blew*
                                                Allison K. Blew, Esq. BBO#647494
                                                Foster & Eldridge, LLP

|   |   |
|---|---|
| Dated: | One Canal Park, Suite 2100<br>Cambridge, Massachusetts 02141<br>(617) 252-3366 |

### CERTIFICATE OF SERVICE

I, Allison K. Blew, hereby certify that on this date I served the enclosed Motion for Order to Inspect of Medical Records on:

> Mark Itzkowitz, Esquire
> 85 Devonshire Street
> Boston, MA 02109
>
> Charles D. Mulcahy, Esquire
> Wynn & Wynn
> 90 New State Highway
> Raynham, MA 02767
>
> Sarah Turner, Esquire
> Kopelman & Paige
> 31 St. James Avenue
> Boston, MA 02116

By mailing a copy of the same, first-class postage prepaid, to the above.

Signed under the pains and penalties of perjury.

*Allison K Blew*
Allison K. Blew, Esquire
B.B.O. # 647494
Foster & Eldridge, LLP
One Canal Park, Suite 2100
Cambridge, MA 02141
Tele: 617-252-3366

Date:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-10956REK

| | |
|---|---|
| ERNEST OGLETREE<br>    Plaintiff | :<br>:<br>: |
| v. | :<br>: |
| CITY OF ATTLEBORO,<br>STURDY MEMORIAL<br>HOSPITAL, INC., JAMES G.<br>MACDONALD, DOUGLAS<br>JOHNSON, MICHAEL<br>BARTUCCA, ROBERT ASTIN,<br>AND LEWIS RHEAUME<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER FOR INSPECTION AND COPIES OF MEDICAL RECORDS

It is hereby ordered that the Keeper of the Records of Spaulding Rehabilitation Hospital, 125 Nashua Street, Boston, MA 02114, or the person or persons in charge of his records, shall furnish Allison K. Blew, Esq. of Foster & Eldridge, LLP, One Canal Park, Suite 2100, Cambridge, Massachusetts 02141, Attorney for the Defendant, Sturdy Memorial Hospital, with complete copies of any and all medical, psychiatric, psychological and social service records concerning or relating to Plaintiff, Ernest Ogletree, Date of Birth: 11/30/61, social security # 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, upon the payment of a reasonable fee, within thirty (30) days of receipt of this order.

By the Court,

_____
Associate Justice of the U.S. District Court