```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                              CIVIL ACTION No. 04-10956-REK
```

ERNEST OGLETREE,            )
    Plaintiff              )
                           )   **PLAINTIFF'S MOTION TO EXTEND**
    v.                     )   **TIME FOR DISCOVERY AND**
                           )   **TO DISCLOSE EXPERT WITNESSES**
CITY OF ATTLEBORO,          )   **AND FOR DISPOSITIVE MOTIONS**
STURDY MEMORIAL HOSPITAL,   )
INC., JAMES G. MACDONALD,   )   **(ASSENTED TO)**
DOUGLAS JOHNSON, MICHAEL    )
BARTUCCA, ROBERT ASTIN,     )
and LEWIS RHEAUME,          )
    Defendants             )

    Ernest Ogletree, the plaintiff, moves this Honorable Court to extend the time for the parties to complete discovery, including depositions, and to disclose their expert witnesses, and to file dispositive motions by four months, such that the completion of discovery and percipient witness depositions will be extended to and including May 31, 2006, the plaintiff's expert witness disclosures will be extended to and including June 30, 2006, the defendants' expert witnesses disclosures will be extended to and including July 31, 2006, the time for concluding expert witness depositions will be extended to and including August 31, 2006, and the filing of dispositive motions will be extended to and including October 15, 2006.

    In support of his Motion, the plaintiff states that the parties have engaged in discovery cooperatively but neither have concluded discovery nor obtained sufficient information to allow for expert disclosures at the times now scheduled for them due to

the legal and factual complexities of this action and conflicts in the schedules of the parties' counsel and witnesses; that the time for completing discovery has not expired yet but is nearing; that the parties have been unable to conclude discovery and expert witness disclosure within the time allotted due to the schedules of the parties' counsel and witnesses; that no party will be prejudiced by allowance of this Motion; that all of the defendants have assented to this Motion; that good cause exists for extending the deadlines in view of the foregoing; and that notwithstanding their efforts, the parties were unable to complete discovery within the extensions of the deadlines previously allowed.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

On January 30, 2006, I, Mark F. Itzkowitz, counsel for the plaintiff, discussed the foregoing Motion by telephone conferences with each defendant's counsel and/or their representatives.  Each of the defendant's counsel assented to the foregoing Motion on behalf of the defendants and authorized me to sign their names in assent to this Motion.

```
                                    The Plaintiff,
                                    Ernest Ogletree,
                                    By his Attorney,



                                    _____
                                    MARK F. ITZKOWITZ (BBO# 248130)
                                    85 Devonshire Street
                                    Suite 1000
                                    Boston, MA  02109-3504
                                    (617) 227-1848
                                    January 30, 2006
```

**ASSENTED TO:**

```
The Defendant,                      The Defendant,
James G. MacDonald,                 City of Attleboro,
By his Attorneys,                   By its Attorneys,



 /s/ JOSEPH L. TEHAN, JR.            /s/ CHARLES D. MULCAHY
JOSEPH L. TEHAN, JR.                CHARLES D. MULCAHY (BBO# 359360)
(BBO# 494020)                       WYNN & WYNN, P.C.
SARAH N. TURNER (BBO# 654195)       90 New State Highway
KOPELMAN AND PAIGE, P.C.            Raynham, MA   02767
31 St. James Avenue                 (508) 823-4567
Boston, MA   02216
(617) 556-0007
```

```
The Defendants,
Sturdy Memorial Hospital, Inc.,
Douglas Johnson, Michael Bartucca,
Robert Astin & Lewis Rheaume,
By their Attorneys,



 /s/ DANIEL J. BUONICONTI
DANIEL J. BUONICONTI (BBO# 640139)
FOSTER & ELDRIDGE, LLP
One Canal Park
Cambridge, MA   02141
(617) 252-3366
```