UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10956-REK

ERNEST OGLETREE,          )
    Plaintiff          )
                  )          **PLAINTIFF'S MOTION TO EXTEND**
    v.          )          **TIME FOR DISCOVERY AND**
                  )          **TO DISCLOSE EXPERT WITNESSES**
CITY OF ATTLEBORO,          )          **AND FOR DISPOSITIVE MOTIONS**
STURDY MEMORIAL HOSPITAL,)
INC., JAMES G. MACDONALD,)          **(ASSENTED TO)**
DOUGLAS JOHNSON, MICHAEL )
BARTUCCA, ROBERT ASTIN,   )
and LEWIS RHEAUME,          )
    Defendants          )

Ernest Ogletree, the plaintiff, moves this Honorable Court
to extend the time for the parties to complete discovery,
including depositions, and to disclose their expert witnesses,
and to file dispositive motions by three months, such that the
completion of discovery and percipient witness depositions will
be extended to and including September 30, 2006, the plaintiff's
expert witness disclosures will be extended to and including
October 31, 2006, the defendants' expert witnesses disclosures
will be extended to and including November 30, 2006, the time for
concluding expert witness depositions will be extended to and
including December 31, 2006, and the filing of dispositive
motions will be extended to and including February 15, 2007.

In support of his Motion, the plaintiff states that the
parties have engaged in discovery cooperatively but neither have
concluded discovery nor obtained sufficient information to allow
for expert disclosures at the times now scheduled for them due to

the legal and factual complexities of this action and conflicts in the schedules of the parties' counsel and witnesses; that the time for completing discovery has not expired yet but is nearing; that the parties have been unable to conclude discovery and expert witness disclosure within the time allotted due to the schedules of the parties' counsel and witnesses; that no party will be prejudiced by allowance of this Motion; that all of the defendants have assented to this Motion; that good cause exists for extending the deadlines in view of the foregoing; and that notwithstanding their efforts, the parties were unable to complete discovery within the extensions of the deadlines previously allowed.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

On May 31 and June 1, 2006, I, Mark F. Itzkowitz, counsel for the plaintiff, discussed the foregoing Motion by telephone conferences with each defendant's counsel and/or their representatives.  Each of the defendant's counsel assented to the foregoing Motion on behalf of the defendants and authorized me to sign their names in assent to this Motion.

The Plaintiff,
Ernest Ogletree,
By his Attorney,


_____
MARK F. ITZKOWITZ (BBO# 248130)
85 Devonshire Street
Suite 1000
Boston, MA  02109-3504
(617) 227-1848
May 31, 2006


**ASSENTED TO:**

The Defendant,                    The Defendant,
James G. MacDonald,               City of Attleboro,
By his Attorneys,                 By its Attorneys,


 /s/ JOSEPH L. TEHAN, JR.          /s/ CHARLES D. MULCAHY
JOSEPH L. TEHAN, JR.              CHARLES D. MULCAHY (BBO# 359360)
(BBO# 494020)                    WYNN & WYNN, P.C.
SARAH N. TURNER (BBO# 654195)    90 New State Highway
KOPELMAN AND PAIGE, P.C.         Raynham, MA    02767
31 St. James Avenue              (508) 823-4567
Boston, MA    02216
(617) 556-0007


The Defendants,
Sturdy Memorial Hospital, Inc.,
Douglas Johnson, Michael Bartucca,
Robert Astin & Lewis Rheaume,
By their Attorneys,


 /s/ DANIEL J. BUONICONTI
DANIEL J. BUONICONTI (BBO# 640139)
FOSTER & ELDRIDGE, LLP
One Canal Park
Cambridge, MA    02141
(617) 252-3366