UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10956-WGY

| | |
|---|---|
| ERNEST OGLETREE,<br><br>              Plaintiff<br>v.<br><br>CITY OF ATTLEBORO, STURDY MEMORIAL HOSPITAL, INC., JAMES G. MACDONALD, DOUGLAS JOHNSON, MICHAEL BARTUCCA, ROBERT ASTIN, and LEWIS RHEAUME,<br><br>              Defendants | CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2) and 37.1(A) |

Pursuant to Local Rules 7.1 (A)(2) and 37.1(A) of the United States District Court for the District of Massachusetts, counsel for defendant, James G. MacDonald hereby certifies that on June 28, 2006, he conferred with plaintiff's counsel regarding MacDonald's Motion to Compel Discovery Responses by telephone. As of the below date, the plaintiff has not served his discovery responses.

                                                DEFENDANT,
                                                JAMES G. MACDONALD,

                                                By his attorneys,

                                                /s/ Joseph L. Tehan, Jr.
                                                Joseph L. Tehan, Jr. (BBO# 494020)
                                                Sarah N. Turner (BBO #654195)
                                                Kopelman and Paige, P.C.
                                                101 Arch Street, 12th Floor
                                                Boston, MA  02110
                                                (617) 556-0007

Dated: July 5, 2006

286684/60700/0556