UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10956-WGY

ERNEST OGLETREE,

                    Plaintiff

v.

CITY OF ATTLEBORO, STURDY
MEMORIAL HOSPITAL, INC., JAMES G.
MACDONALD, DOUGLAS JOHNSON,
MICHAEL BARTUCCA, ROBERT ASTIN,
and LEWIS RHEAUME,

          Defendants

DEFENDANT, JAMES G.
MACDONALD'S RENEWED
MOTION TO COMPEL
DISCOVERY RESPONSES

Now comes James G. MacDonald ("MacDonald") pursuant to the Order by this Honorable Court (Young, J.) and hereby files his Renewed Motion to Compel Discovery Responses. On July 5, 2006, MacDonald requested that this Court issue an order compelling plaintiff to serve Answers to Interrogatories and Responses to Request for Production of Documents forthwith. On July 6, 2006, this Court issued an Order denying MacDonald's motion to compel "without prejudice to its renewal supported by the discovery requests sought to be enforced." Pursuant to the Court's Order, attached are MacDonald's First Set of Interrogatories to Plaintiff and MacDonald's First Request for Production of Documents Propounded to Plaintiff. See Exhibits 1 and 2, respectively.

WHEREFORE, MacDonald renews his request seeking an Order compelling the plaintiff to serve responses to MacDonald's discovery requests forthwith.

DEFENDANT,
JAMES G. MACDONALD,

By his attorneys,

/s/ Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO# 494020)
Sarah N. Turner (BBO #654195)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110
(617) 556-0007

## CERTIFICATE OF SERVICE

I, Joseph L. Tehan, Jr., certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Joseph L. Tehan, Jr.

286938/60700/0556