UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-10956REK

| | |
|---|---|
| ERNEST OGLETREE<br>Plaintiff | :<br>:<br>: |
| v. | :<br>: |
| CITY OF ATTLEBORO,<br>STURDY MEMORIAL<br>HOSPITAL, INC., JAMES G.<br>MACDONALD, DOUGLAS<br>JOHNSON, MICHAEL<br>BARTUCCA, ROBERT ASTIN,<br>AND LEWIS RHEAUME<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF APPERANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the appearance of Attorney Allison K. Gurley of the law firm Foster & Eldridge, LLP as the attorney for the defendants, Douglas Johnson, Michael Bartucca, Robert Astin, Lewis Rheaume and Sturdy Memorial Hospital, Inc.

Respectfully submitted
Defendant Douglas Johnson, Defendant
Michael Bartucca, Defendant Robert
Astin, Defendant Lewis Rheaume and
Defendant Sturdy Memorial Hospital, Inc.
By counsel,

Allison K. Gurley
B.B.O. #647494
Foster & Eldridge, LLP
One Canal Park
Cambridge, MA 02141
Telephone: (617) 252-3366

Dated: 10/18/06

CERTIFICATE OF SERVICE

I, Allison K. Gurley, hereby certify that I have served a copy of the Notice of Appearance on:

    Mark Itzkowitz, Esquire
    85 Devonshire Street
    Boston, MA 02109

    Sarah N. Turner, Esquire
    Kopelman and Paige, P.C.
    31 St. James Avenue
    Boston, MA 02116

    Charles D. Mulcahy, Esquire
    Wynn & Wynn, P.C.
    90 New State Highway
    Raynham, MA 02767

by mailing a copy of same, first-class postage prepaid, to the above.

Signed under the pains and penalties of perjury.

*/s/ Allison K Gurley*
Allison K. Gurley
B.B.O. # 647494
Foster & Eldridge
One Canal Park, Suite, 2100
Cambridge, MA 02141
Telephone: (617) 252-3366

DATE: 10-18-06