UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-10956REK

| | |
|---|---|
| ERNEST OGLETREE<br>Plaintiff | :<br>:<br>: |
| v. | :<br>: |
| CITY OF ATTLEBORO, STURDY MEMORIAL HOSPITAL, INC., JAMES G. MACDONALD, DOUGLAS JOHNSON, MICHAEL BARTUCCA, ROBERT ASTIN, AND LEWIS RHEAUME<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF APPERANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the appearance of Attorney Allison K. Gurley of the law firm Foster & Eldridge, LLP as the attorney for the defendants, Douglas Johnson, Michael Bartucca, Robert Astin, Lewis Rheaume and Sturdy Memorial Hospital, Inc.

        Respectfully submitted
        Defendant Douglas Johnson, Defendant
        Michael Bartucca, Defendant Robert
        Astin, Defendant Lewis Rheaume and
        Defendant Sturdy Memorial Hospital, Inc.
        By counsel,


        */s Allison K. Gurley*
        Allison K. Gurley
        B.B.O. #647494
        Foster & Eldridge, LLP
        One Canal Park
        Cambridge, MA 02141
        Telephone: (617) 252-3366

Dated: