UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10956REK

| | |
|---|---|
| ERNEST OGLETREE<br>    Plaintiff | :<br>:<br>: |
| v. | :<br>: |
| CITY OF ATTLEBORO,<br>STURDY MEMORIAL<br>HOSPITAL, INC., JAMES G.<br>MACDONALD, DOUGLAS<br>JOHNSON, MICHAEL<br>BARTUCCA, ROBERT ASTIN,<br>AND LEWIS RHEAUME<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER FOR INSPECTION AND COPIES OF MEDICAL RECORDS

It is hereby ordered that the Keeper of the Records of Simona M. Manasian, M.D., Boston Med Ctr/Preston Bldg., 732 Harrison Ave, Boston, MA 02118-2393, or the person or persons in charge of his records, shall furnish Allison K. Gurley, Esq. of Foster & Eldridge, LLP, One Canal Park, Suite 2100, Cambridge, Massachusetts 02141, Attorney for the Defendant, Sturdy Memorial Hospital, with complete copies of any and all medical, psychiatric, psychological and social service records concerning or relating to Plaintiff, Ernest Ogletree, Date of Birth: 11/30/61, social security # 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, upon the payment of a reasonable fee, within ten (10) days of receipt of this order.

By the Court,

_____
Associate Justice of the U.S. District Court