UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10956REK

ERNEST OGLETREE
    Plaintiff

v.

CITY OF ATTLEBORO,
STURDY MEMORIAL
HOSPITAL, INC., JAMES G.
MACDONALD, DOUGLAS
JOHNSON, MICHAEL
BARTUCCA, ROBERT ASTIN,
AND LEWIS RHEAUME
    Defendants

## ORDER FOR INSPECTION AND COPIES OF MEDICAL RECORDS

It is hereby ordered that the Keeper of the Records of Simona M. Manasian, M.D., Boston Med Ctr/Preston Bldg., 732 Harrison Ave, Boston, MA 02118-2393, or the person or persons in charge of his records, shall furnish Allison K. Gurley, Esq. of Foster & Eldridge, LLP, One Canal Park, Suite 2100, Cambridge, Massachusetts 02141, Attorney for the Defendant, Sturdy Memorial Hospital, with complete copies of any and all medical, psychiatric, psychological and social service records concerning or relating to Plaintiff, Ernest Ogletree, Date of Birth: 11/30/61, social security # 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, upon the payment of a reasonable fee, within ten (10) days of receipt of this order.

By the Court,

_William G. Young_
Associate Justice of the U.S. District Court
Judge