UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10956REK

| | |
|---|---|
| ERNEST OGLETREE<br>Plaintiff | :<br>:<br>: |
| v. | :<br>: |
| CITY OF ATTLEBORO,<br>STURDY MEMORIAL<br>HOSPITAL, INC., JAMES G.<br>MACDONALD, DOUGLAS<br>JOHNSON, MICHAEL<br>BARTUCCA, ROBERT ASTIN,<br>AND LEWIS RHEAUME<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER FOR INSPECTION AND COPIES OF SOCIAL SECURITY DISABILITY INSURANCE RECORDS

It is hereby ordered that the Keeper of the Records of the **Keeper of the Records, Social Security Administration, 625 J.F.K. Federal Building, Boston, MA 02203,** or the person or persons in charge of his records, shall furnish Allison K. Gurley, Esq. of Foster & Eldridge, LLP, One Canal Park, Suite 2100, Cambridge, MA 02141, Attorney for the Defendants, Sturdy Memorial Hospital, Douglas Johnson, Robert Astin and Lewis Rheaume, with the complete, original, and any copies of any and all medical, insurance, Social Security disability records and billing records concerning or relating to:

**Ernest Ogletree; Date of Birth 11/30/61,**

upon the payment of a reasonable fee, within thirty (30) days of receipt of this order.

The documents are to include, but are not limited to, all documents pertaining to any requests for, and/or applications for, disability insurance, determination of disability status, payment of disability insurance income and/or medical bills requested by said Ernest Ogletree,

whether or not said applications were by Ernest Ogletree and/or by any licensed healthcare provider; all documents pertaining to any payments or denials made by Social Security Disability, on behalf of said documents pertaining to the medical, billing and insurance records of Ernest Ogletree. The documents are to include any requests for, and/or applications for, disability determination, disability insurance, payment of medical bills incurred by said Ernest Ogletree on behalf of Ernest Ogletree, whether or not said applications were by Ernest Ogletree and/or by any licensed healthcare provider; all documents pertaining to determination of disability or denial of said determination, any payments made by Social Security Disability, on behalf of said Ernest Ogletree; all documents pertaining to any refusals and/or rejections of requests for payment of medical insurance or disability benefits for healthcare services provided to said Ernest Ogletree.

By the Court,

*William G. Young*
Judge ~~Justice~~ of the United States District Court
For the District of Massachusetts