UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-10956WGY

| | |
|---|---|
| ERNEST OGLETREE | : |
|     Plaintiff | : |
| | : |
| v. | : |
| | : |
| CITY OF ATTLEBORO, | : |
| STURDY MEMORIAL | : |
| HOSPITAL, INC., JAMES G. | : |
| MACDONALD, DOUGLAS | : |
| JOHNSON, MICHAEL | : |
| BARTUCCA, ROBERT ASTIN, | : |
| AND LEWIS RHEAUME | : |
|     Defendants | : |
| | : |

## ASSENTED TO MOTION TO
## REMAND CASE BACK TO STATE SUPERIOR COURT
## FOR LACK OF FEDERAL JURISDICTION

NOW COMES, the Plaintiff and remaining defendants Sturdy Memorial Hospital, Robert Astin, Douglas Johnson, Louis Rheaume and Michael Bartucca, through counsel and do hereby move this Honorable Court for an Order remanding this matter back to the State Superior Court for lack of Federal Jurisdiction. As grounds for this motion the parties state as follows:

The above case was originally filed in the Massachusetts State Superior Court in the County of Bristol under the Civil Action Number C04-0059. The case was removed to the United States Federal District Court by defendants City of Attleboro and James G. MacDonald pursuant to 28 U.S.C. sect. 1441 and 1446, for allegations of violation of civil rights under the Fourteenth Amendment to the United States Constitution and relief sought pursuant to 42 U.S.C. sect. 1983. These specific claims pursuant to which this

Court obtained jurisdiction have been resolved via settlement.  A Stipulation of Dismissal as to defendants City of Attleboro and James G. MacDonald only has been filed with the Court.

The only remaining claims in this action are for violation of State statutory and State tort law claims which are generally best heard before the State Courts. "Needless decisions of state law should be avoided both as a matter of comity and to promote justice between the parties, by procuring for them a surer-footed reading of applicable law." See *Camelio v. American Federation of State, County and Municipal Employees*, 137 F.3d 666, 672 (1st Cir. 1998).  Accordingly, the United States District Court need no longer retain jurisdiction of this matter and the parties respectfully request that this matter be remanded to and heard in the Massachusetts State Superior Court where it was originally filed.

WHEREFORE, it is respectfully requested that this Honorable Court issue an Order remanding this matter back to the Massachusetts State Superior Court for lack of Federal Jurisdiction.

Respectfully Submitted,
The Defendants,                                                          The Plaintiff
Sturdy Memorial Hospital,                                          Ernest Ogletree
Douglas Johnson, Robert Astin and
Lewis Rheaume,
By their attorney,                                                         By his attorney,

/s/ Daniel J. Buoniconti                                             /s/ Mark Itzkowitz
Daniel J. Buoniconti, Esq. BBO# 640139        Mark Itzkowitz, Esq. 248130
Foster & Eldridge, LLP                                            85 Deveonshire Street
One Canal Park, Suite 2100                                   Boston, MA 02109
Cambridge, Massachusetts  02141                     (617) 227-1848
(617) 252-3366

Dated: 2/9/07

Case 1:04-cv-10956-WGY    Document 41    Filed 02/09/2007    Page 3 of 3