UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
|  | Civil Action No: <u>04-10956-wgy</u> |

OGLETREE
Plaintiff

v.

LEWIS RHEAUME
ROBERT ASTIN
MICHAEL BARTUCCA
DOUGLAS JOHNSON
STURDY MEMORIAL HOSPITAL
Defendant

ORDER OF REMAND

YOUNG, D.J.

     In accordance with the Court's Order dated FEB. 12, 2007, the above-entitled action is hereby remanded to the Superior Court sitting in and for the County of Bristol..

By the Court,

/s/ Elizabeth Smith

---
Deputy Clerk

February 12, 2007

To: All Counsel