UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10956-WGY

ERNEST OGLETREE,

    Plaintiff

v.

CITY OF ATTLEBORO, STURDY MEMORIAL HOSPITAL, INC., JAMES G. MACDONALD, DOUGLAS JOHNSON, MICHAEL BARTUCCA, ROBERT ASTIN, and LEWIS RHEAUME,

    Defendants

STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and hereby stipulate and agree that the Complaint and all claims as against only defendants City of Attleboro and James G. MacDonald, and not to any of the other defendants, be dismissed with prejudice, without interest, costs or an award of fees to any party, with all rights of appeal waived. The plaintiff's claims against defendants Sturdy Memorial Hospital, Inc., Douglas Johnson, Michael Bartucca, Robert Astin, and Lewis Rehaume survive this Stipulation.

| | |
|---|---|
| PLAINTIFF, | DEFENDANT JAMES G. MacDONALD, |
| By his attorney, | By his attorney, |
| /s/_____ | /s/ Joseph L. Tehan, Jr._____ |
| Mark F. Itzkowitz (BBO# 248130) | Joseph L. Tehan, Jr. (BBO# 494020) |
| 85 Devonshire Street, Suite 1000 | Kopelman and Paige, P.C. |
| Boston, MA 02109 | 101 Arch Street |
| (617) 227-1848 | Boston, MA 02110 |
| | (617) 556-0007 |
| DEFENDANT CITY OF ATTLEBORO, | DEFENDANTS STURDY MEMORIAL HOSPITAL, DOUGLAS JOHNSON, MICHAEL BARTUCCA, ROBERT ASTIN and LEWIS RHEAUME, |
| By its attorney, | |
| /s/_____ | By their attorney, |
| Charles D. Mulcahy (BBO# 359360) | |
| Wynn & Wynn, P.C. | /s/_____ |
| 90 New State Highway | Daniel J. Buoniconti (BBO# 640139) |
| Raynham, MA 02767 | Foster & Eldridge, LLP |
| (508) 823-4567 | One Canal Park |
| | Cambridge, MA 02141 |
| | (617) 252-3366 |